# UNITED STATES DISTRICT COURT
## for the
### District of Rhode Island

| | |
|---|---|
| United States of America<br>v.<br>Hector GONZALEZ MICHEL, YOB 1991<br><br>*Defendant* | Case No. 1:22-MJ-85PAS<br><br>RECEIVED<br>By JCinq at 3:24 pm, Nov 04, 2022 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Hector GONZALEZ MICHEL, YOB 1991
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Distribution of controlled substances and conspiracy to distribute controlled substances in excess of 500 grams in violation of 21 U.S.C. §§ 841(b)(1)(A) and 846.

Date: November 4, 2022

*Issuing officer's signature*

City and state: Providence, Rhode Island

Patricia A. Sullivan, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 11-4-22, and the person was arrested on *(date)* 11-5-22
at *(city and state)* Boston, MA

Date: 11-4-2022

*Arresting officer's signature*

TFO Joseph Iannelli
*Printed name and title*