UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HECTOR GONZALEZ MICHEL<br><br>Defendant. | Cr. No. _1:22CR125JJM-PAS_<br><br>In violation of :<br><br>COUNT I: Conspiracy to Distribute Methamphetamine<br><br>21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846.<br><br>COUNT II: Possession with Intent to Distribute Methamphetamine<br><br>21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(viii) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
Conspiracy to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846)

From a time unknown, but at least on or about November 3, 2022, in the District of Rhode Island and elsewhere, the Defendant, HECTOR GONZALEZ MICHEL, knowingly, intentionally and willfully combined, conspired, confederated, and agreed together with other persons known and unknown to the Grand Jury, to distribute and possess with the intent to distribute, a mixture and substance, containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to 21 U.S.C. § 841(a)(1).

With respect to the Defendant, HECTOR GONZALEZ MICHEL, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the

conduct of other conspirators reasonably foreseeable to him, is 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii);

All in violation of 21 U.S.C. § 846.

## COUNT TWO
Possession with Intent to Distribute Methamphetamine
(21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(viii))

On or about November 3, 2022, in the District of Massachusetts, the Defendant, HECTOR GONZALEZ MICHEL, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to 21 U.S.C. § 841(a)(1) & (b)(1)(A)(viii).

Grand Jury Foreperson

ZACHARY A. CUNHA
United States Attorney

STACEY VERONI
Assistant U.S. Attorney

LEE H. VILKER
Assistant U.S. Attorney
Criminal Division Chief

Dated: November 9, 2022

2