PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☒ INDICTMENT  ☐ COMPLAINT

CASE NO. 1:22CR125JJM-PAS

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: Hector Gonzalez Michel
Address: [REDACTED]

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT  RHODE ISLAND
DISTRICT OF RHODE ISLAND  Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ZACHARY A. CUNHA
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): Stacey P. Veroni

☐ Interpreter Required   Dialect: _____
Birth Date: [REDACTED]
☒ Male  ☐ Female  ☐ Alien (if applicable)

Social Security Number _____

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Drug Enforcement Administration

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO. 22-MJ-00085-PAS

Place of offense: RHODE ISLAND   County

### DEFENDANT

Issue: ☐ Warrant  ☐ Summons

Location Status:
Arrest Date 11/8/2022 or Date Transferred to Federal Custody _____

☒ Currently in Federal Custody
☐ Currently in State Custody
   ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): Kevin J. Fitzgerald, Esq.
☒ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☒ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846 | Conspiracy to Distribute Methamphetamine | ☒ Felony ☐ Misdemeanor |
| Max | Penalty: 10yrs-life imprisonment; and | 4yrs to life S/R | ☐ Felony ☐ Misdemeanor |
| 2 | 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(viii) | Possession with Intent to Distribute Methamphetamine | ☒ Felony ☐ Misdemeanor |
| Max | Penalty: 10yrs-life imprisonment; and | 4yrs to life S/R | ☐ Felony ☐ Misdemeanor |
|  |  | Estimated Trial Days: 3 days | ☐ Felony ☐ Misdemeanor |