## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff,
v.                                                              Case No.: 1:22–cr–00125–JJM–PAS

Hector Gonzalez Michel
Defendant.

## ARRAIGNMENT ORDER

At the arraignment held on November 17, 2022 pursuant to Fed. R. Crim. P. 10(a), the defendant entered a plea of Not Guilty.

1. **Trial**: The case is assigned to John J. McConnell, Jr. and will be considered ready for trial subject to the continuous trial calendar. Pending trial or disposition, the defendant shall be detained.

2. **Discovery**: Pursuant to Fed. R. Crim. P. 16.1(a), counsel shall confer and agree on a timetable and procedures for pretrial disclosure under Fed. R. Crim. P. 16. In addition to information discoverable under Fed. R. Crim. P. 16, the following disclosures shall be made within the same time period:

   a. The Government shall disclose any information or material within the meaning of *Brady v. Maryland, Giles v. Maryland,* and *Giglio v. United States,* which tends to negate the guilt of the accused or to reduce his or her punishment for the offense charged.

   b. Whether any wire or oral communications have been intercepted.

   c. If the Government provides pretrial discovery of witness statements and/or the Court orders production of grand jury materials or witness statements, the defendant shall provide reciprocal pretrial discovery to the Government.

3. **Excludable Time**: The defendant's request for additional time to prepare and file pretrial motions is granted. Accordingly, it is ordered that the period from December 12, 2022 to March 13, 2023, a period of 92 days be deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(A). The Court finds that the ends of justice are served in allowing the defendant additional time to examine the discovery provided by the Government and to prepare pretrial motions, and this delay outweighs the interests of the public and the defendant in a speedy trial.

4. **Pretrial Motions**: All pretrial motions shall be filed on or before March 13, 2023 and shall conform to LR Cr 12 and LR Cr 47.

It is so ordered.

November 17, 2022                              By the Court:

                                                                                /s/ Patricia A. Sullivan
                                                                                United States Magistrate Judge